IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BRENDA NELSON,

    Plaintiff,

-vs-                                      CASE NO.: 2:18-cv-02439-JTF-cgc

PROG LEASING, LLC d/b/a PROGRESSIVE
LEASING,

    Defendant.
_____/

## **STIPULATION OF DISMISSAL**

COMES NOW the Plaintiff, Brenda Nelson and the Defendant, Prog Leasing, LLC d/b/a Progressive Leasing, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 11th day of September, 2018.

| | |
|---|---|
| */s/ Frank H. Kerney, III* | */s/ Audrey M. Calkins* |
| Frank H. Kerney, III, Esquire | Audrey M. Calkins (TN BPR No. 30093) |
| Tennessee Bar #: 035859 | Ogletree, Deakins, Nash, |
| Morgan & Morgan, Tampa, P.A. | Smoak & Stewart, P.C. |
| One Tampa City Center | 6410 Poplar Avenue, Suite |
| 201 North Franklin Street, 7th Floor | Memphis, TN 38119 |
| Tampa, FL 33602 | Telephone: (901) 767-6160 |
| Telephone: (813) 223-5505 | Facsimile: (901) 767-7411 |
| Facsimile: (813) 223-5402 | audrey.calkins@odnss.com |
| fkerney@forthepeople.com | Counsel For Defendant |
| JNeal@forthepeople.com | |
| MMartinez@ForThePeople.com | |
| Counsel for Plaintiff | |

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Audrey M. Calkins (TN BPR No. 30093)
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
Telephone: (901) 767-6160
Facsimile: (901) 767-7411
audrey.calkins@odnss.com

                                              */s/ Frank H Kerney*
                                              Frank H. Kerney, III, Esquire
                                              Tennessee Bar #: 035859