# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRENDA NELSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:18-cv-02439-JTF-cgc |
| ) | |
| vs. ) | |
| ) | |
| PROG LEASING, LLC d/b/a ) | |
| PROGRESSIVE LEASING, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Before the Court is a Stipulation of Dismissal filed on September 11, 2018. (ECF No. 10.) Accordingly, this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED**, this 12th day of September, 2018.

*s/John T. Fowlkes, Jr.*
John T. Fowlkes, Jr.
United States District Judge