**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**BRENDA NELSON,**

    Plaintiff,

v.                                                 Cv. No.   18-2439-JTF

**PROG LEASING, LLC** *d/b/a*
**PROGRESSIVE LEASING,**

    Defendant.

# JUDGMENT

    Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal entered on September 12, 2018.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                        THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE        CLERK

September 12, 2018                                s/Lorri J. Fentress
DATE                                                  (BY) LAW CLERK